MICHAEL J. TWOMEY, Suing on Behalf of Himself and All Other Bondholders Similarly Situated with Respect to a Bond Issue upon a Mortgage Affecting Premises No. 120 East Thirty-ninth Street, in the City of New York, Respondent, *v.* THE CONTINENTAL BANK AND TRUST COMPANY, Individually and as Trustee under a Mortgage Indenture Dated on or about November 28th, 1927, and Affecting Premises No. 120 East Thirty-ninth Street, in the City of New York, Appellant.

First Department, June 21, 1934.

*John W. Kelly* of counsel [*Frank J. Podesta* with him on the brief; *Wise, Shepard & Houghton,* attorneys], for the appellant.

No appearance for the respondent.

UNTERMYER, J. Upon the stipulation of the attorneys for the respective parties that the decision to be rendered by this court in *Gellens* v. *Continental Bank & Trust Co.* (241 App. Div. 591) shall be determinative of this appeal, the order appealed from should be reversed, with twenty dollars costs and disbursements, and the motion denied, with ten dollars costs.

FINCH, P. J., MERRELL, TOWNLEY and GLENNON, JJ., concur.

Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs.